# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Warren Nau Higgins, Jr.

Case No. Civil 00-37 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Suzanne M. Born, et al.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's motions for Removal, Petition to Suspend State Action, for leave to Amend Complaint and to Enlarge Scope of matter, to Strike certain Exhibits, to Consolidate and Hold Separate Trial, for Temporary Restraining Order, for a Jury Trial and for summary judgment are DENIED;

2. James Charles Rose's motion to intervene is DENIED;

3. Larry Allen Nelson's motion to intervene is DENIED;

4. Defendants Suzanne Born, Terry Pahl, George Bek, Laura Kadwell, State of MN Child Support Enforcement Division, State of MN Department of Human Services, Governor Jesse Ventura, MN Attorney General Michael Hatch, Commissioner of Public Safety Charles Weaver and Director of Driver and Vehicle Services Brian Lamb's motion to dismiss is GRANTED;

5. Defendants City of West St. Paul and Sergeant Shaver's motions to dismiss or, in the alternative, for summary judgment are GRANTED;

6. Defendants Assistant Dakota County Attorney James Crow, Dakota County attorney James Backstrom, Dakota County Baord of Commissioners Dakota County Community services, Brenda Stansbury Elois Aggett, Jackie Dircks and Philip Dalseth's motion to dismiss is GRANTED;

7. Defendant Lana Higgins' motion to dismiss or, in the alterative for summary judgment and for sanctions is GRANTED;

8. Defendant Mark Carter's motion to dismiss or in the alternative for summary judgment and for sanctions is GRANTED;

9. Defendants Richard Wright and Midwest Patrol's motion to dismiss or in the alternative for summary judgment is GRANTED;

10. Defendants B. Todd Jones and Attorney General Janet Reno's motion to dismiss is GRANTED;

11. Plaintiff's complaint is DISMISSED WITH PREJUDICE; and

12. Defendants Lana Higgins and Mark Carter are directed to submit an affidavit detailing claimed attorney's fees and costs for purposes of imposing sanctions upon Plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATE: July 25, 2000

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk